UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARVIN PONTHIER, ET AL | * | CIVIL ACTION NO. 2:20-CV-02617 |
| VERSUS | * | JUDGE WENDY VITTER |
| ENVEN ENERGY VENTURES, LLC, ET AL | * | MAG. JUDGE KAREN WELLS ROBY |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come BAKER HUGHES ENERGY SERVICES LLC, BAKER HUGHES OILFIELD TECHNOLOGY INC., BAKER HUGHES OILFIELD OPERATIONS LLC, and BAKER HUGHES PROCESS AND PIPELINE SERVICES LLC who respectfully submit the following Motion for Summary Judgment seeking dismissal of the plaintiffs' claims with prejudice as the plaintiffs' suit was filed more than one (1) year after the alleged incident took place. Because the plaintiffs' Complaint is prescribed on its face, there are no genuine issues of material fact to be tried, and the plaintiffs' claims should be dismissed, at the plaintiffs' cost, with prejudice.

Respectfully submitted,

HILL & BEYER
A Professional Law Corporation


*s/Bret C. Beyer, Sr.*
BRET C. BEYER, SR. (#18113)
MEGAN E. REAUX (#34174)
Post Office Box 53006
101 La Rue France, Suite 502
Lafayette, LA   70505-3006
(337) 232-9733 Telephone
(337) 237-2566 Fax
bbeyer@hillandbeyer.com
mreaux@hillandbeyer.com
Attorneys for defendants,
BAKER HUGHES ENERGY SERVICES LLC, BAKER HUGHES OILFIELD TECHNOLOGY INC., BAKER HUGHES OILFIELD OPERATIONS LLC, and BAKER HUGHES PROCESS AND PIPELINE SERVICES LLC

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021 I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record herein.

*s/Bret C. Beyer, Sr.*
BRET C. BEYER, SR.