# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARVIN PONTHIER AND LIQUN WANG** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2617** |
| **ENVEN ENERGY VENTURES, ET AL.** | **SECTION D (4)** |

## ORDER

Before the Court is the "Ex Parte/Consent Motion to Dismiss Motion for Summary Judgment on Prescription" filed by Defendants Baker Hughes Energy Services, LLC, Baker Hughes Oilfield Technology Inc., Baker Hughes Oilfield Operations, LLC, and Baker Hughes Process and Pipeline Services, LLC.[1]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk's Office is directed to mark Defendants' Motion for Summary Judgment[2] as **WITHDRAWN**.

New Orleans, Louisiana, May 7, 2021.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 27.
[2] R. Doc. 26.