UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARVIN PONTHIER AND LIQUN WANG** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2617** |
| **ENVEN ENERGY VENTURES, ET AL.** | **SECTION D (4)** |

## ORDER

Considering Plaintiffs' Stipulation of Dismissal with Prejudice (R. Doc. 37);

**IT IS HEREBY ORDERED** that this action be and is dismissed with prejudice, with each party to bear its respective costs of the court.

New Orleans, Louisiana, July 20, 2021.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**